AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

District of Columbia

| | |
|---|---|
| United States of America | ) |
| v. | ) Case: 1:21−mj−00667 |
| | ) Assigned To : Harvey, G. Michael |
| Matthew Jay Webler | ) Assign. Date : 11/24/2021 |
| | ) Description: COMPLAINT W/ ARREST WARRANT |
| | ) |
| Defendant | |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*                      Matthew Webler                                ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☒ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C.1752(a)(1) - Entering and Remaining in a Restricted Building or Grounds
18 U.S.C.1752(a)(2) - Disorderly and Disruptive Conduct in a Restricted Building or Grounds
40 U.S.C. 5104(e)(2)(D) - Disorderly Conduct in a Capitol Building
40 U.S.C. 5104(e)(2)(G) - Parading, Picketing or Demonstrating in a Capitol Building

G. Michael Harvey   Digitally signed by G. Michael Harvey
Date: 2021.11.24 09:20:13 -05'00'

Date:     11/24/2021

*Issuing officer's signature*

City and state:          Washington, D.C.                    G. Michael Harvey, U.S. Magistrate Judge

*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* 11-24-2021 , and the person was arrested on *(date)* 12-3-2021 at *(city and state)* Decatur, Georgia . |
| Date: 12-3-2021     *Arresting officer's signature* |
| Andrea Coble, Special Agent     *Printed name and title* |