IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
(WASHINGTON, DC)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 1:21-CR-741-DLF |
| | ) | |
| MATTHEW JAY WEBLER | ) | |

## JOINT MOTION TO CONTINUE PLEA HEARING

NOW COMES MATTHEW WEBLER ("Mr. Webler"), by and through undersigned counsel, joined by the government and AUSA Alison Prout, and files this joint motion to continue the plea hearing currently scheduled for January 24, 2022.

1.

Mr. Webler is charged by information in four counts with various offenses stemming from the events of January 6, 2020 at the U.S. Capitol. (Doc. 6).

2.

Mr. Webler was initially arrested on a Criminal Complaint in this case and appeared in the Northern District of Georgia where he was detained pretrial. He remains in custody in Robert A. Deyton Detention Center in Lovejoy, Georgia, a detention facility approximately 45 minutes south of Atlanta.

3.

Mr. Webler, through counsel, negotiated a potential resolution of this case by the entry of a guilty plea to the misdemeanor charge of Parading, Demonstrating, Picketing in a Capitol Building, in violation of 40 U.S.C. § 5104(e)(2)(G). Pursuant to these efforts, counsel notified the Court and requested a hearing for the entry of his plea.

4.

With the consent of the parties and Mr. Webler, the Court set a plea hearing for Monday, January 24, 2022 at 1:00 p.m. by video conference. However, due to logistical challenges at the pretrial detention facility, it has been difficult to schedule the video conference for the hearing, as well as attorney visits and calls with Mr. Webler in preparation for the plea hearing.

5.

Accordingly, after consultation with each other and the Court, the parties join and move the Court to reschedule the plea hearing to February 1, 2022 by video conference in order to allow sufficient time for scheduling and preparation.

6.

The parties agree that any delay caused by this continuance should be excluded from calculations under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A) and (B).

A proposed Order is attached.

Respectfully submitted, this 21st day of January, 2022.

>*/s/ Thomas L. Hawker*
>THOMAS L. HAWKER
>Georgia Bar No. 338670
>Attorney for Matthew Webler

FEDERAL DEFENDER PROGRAM, INC.
Suite 1500, Centennial Tower
101 Marietta Street, N.W.
Atlanta, GA 30303
(404) 688-7530/Fax (404) 688-0768
Thomas_Hawker@fd.org

CERTIFICATE OF SERVICE

I hereby certify that the foregoing has been formatted in Book Antiqua 13 pt., and was filed by ECF this day with the Clerk of Court with a copy served by ECF notice upon counsel of record as follows:

> Alison Prout, Esq.
> Assistant United States Attorney
> 600 Richard B. Russell Building
> 75 Ted Turner Drive, S.W.
> Atlanta, Georgia  30303

This 21st day of January 2022.

> */s/ Thomas L. Hawker*
> THOMAS L. HAWKER
> Georgia Bar No. 338670