# EXHIBIT 1

JAMONT HOMES, INC.
P.O. BOX 9261
MARIETTA, GA 30065
CELL: 678-760-0642
EMAIL: JOHNJAMONT@YAHOO.COM

---

12/12/2021

To Whomever it may concern,

   This letter is being written to provide insight into Matthew J Webler's ("Mr. Webler" or "Matt") history with our company and, more importantly, his character. Mr. Webler began as a contractor with Jamont Homes, Inc ("Jamont homes") in 2014 as a framing carpenter of luxury homes in Johns Creek, Georgia. At the time, we did not have any idea as to what Matt was capable of. He did not have a crew of helpers nor did he have any references to show us what he had done before. However, despite the fact that Matt did not have a crew to frame the house, he gave us his word that he would frame the whole house. In reliance on his word, we ordered thousands of dollars of material and provided Matt all the resources he needed to frame a roughly 6,000 SF house. Ultimately, Matt finished the job and joined the team at Jamont Homes.

   Upon successfully framing the house, Mr. Webler was delegated more roles and responsibilities. As we got to know Matt better, we realized that he is a very talented and reliable individual. For example, Matt began troubleshooting mechanical problems on the company's heavy equipment when it broke down and, in almost all instances, he successfully identified the issues. Throughout our relationship with Matt, there have been instances when challenging times arose, however, Matt maintained a professional relationship. Mr. Webler has always been respectful and a trustworthy individual to do business with. Our tools and heavy equipment have been at his disposal and Matt was always careful to make sure they were always accounted for.

   It has recently been brough to our attention that Mr. Webler adopted a newborn child and we believe that as a talented and hardworking individual, he finds his way in a good and bright future. If there are any questions or concerns, please feel free to contact me any time

**Jamont Homes, Inc.**

*John Jamont*
John Jamont- President